An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH FARRIS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62481

FILED

MAR 2 0 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion for production of file-stamped copy of habeas corpus petition. Eighth Judicial District Court, Clark County; Ronald J. Israel, Judge.

Because no statute or court rule permits an appeal from an order denying the above-mentioned motion, we lack jurisdiction. Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08338

cc: Hon. Ronald J. Israel, District Judge
Kenneth Farris
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A